

**FILED**
JN
JAN 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08CR 0026**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. _____CR_____ |
| | ) | Violation: Title 47, United |
| ANIL PATEL | ) | States Code, Section 605(a) |
| | ) | and (e)(4) |

**JUDGE SHADUR**

**MAGISTRATE JUDGE COLE**

The UNITED STATES ATTORNEY charges:

1. At time material to this information:

    a. The defendant ANIL PATEL owned and operated Galaxy Circuits, in Carol Stream, Illinois. Galaxy Circuits manufactured electronic circuitry.

    b. DirecTV delivered to subscribers approximately 225 channels of digital entertainment and informational television programming to homes and businesses in the United States. To receive this programming, DirecTV provided its subscribers with digital satellite system hardware, which included a mini-satellite dish and a DirecTV access card. DirecTV subscribers were billed on a monthly basis.

    c. The DirecTV access card controls(make changes throughout to make all this past tense-right??) which DirecTV programming the subscriber receives based on the programming package purchased by the subscriber. The DirecTV access card also captures and transmits to DirecTV pay-per-view purchase information, which is then added to the subscriber's monthly bill.

2.  On or about April 19, 2002, at Carol Stream, in the Northern District of Illinois, Eastern Division,

ANIL PATEL,

defendant herein, did intentionally manufacture, assemble, modify, sell and distribute approximately 50 access card reprogramming devices, commonly referred to as "unloopers," knowing and having reason to know that said devices were primarily to be used for the unauthorized decryption of direct-to-home satellite television services, thereby enabling users to illegally decrypt satellite signals from DirecTV satellites and receive unauthorized regular programming, pay-per-view and other premium programming, including HBO, Showtime, and Cinemax, without paying the subscriber fees and costs normally associated with such satellite broadcast services.

All in violation of Title 47, United States Code, Section 605(a) and (e)(4).

**Count Two**

The UNITED STATES ATTORNEY further charges:

1. The UNITED STATES ATTORNEY realleges and incorporates by reference Paragraph 1 of Count One of this Indictment.

2. On or about April 23, 2002, at Carol Stream, in the Northern District of Illinois, Eastern Division,

ANIL PATEL,

defendant herein, did intentionally manufacture, assemble, modify, sell and distribute approximately 75 access card reprogramming devices, commonly referred to as "unloopers," knowing and having reason to know that said devices were primarily to be used for the unauthorized decryption of direct-to-home satellite television services, thereby enabling users to illegally decrypt satellite signals from DirecTV satellites and receive unauthorized regular programming, pay-per-view and other premium programming, including HBO, Showtime, and Cinemax, without paying the subscriber fees and costs normally associated with such satellite broadcast services.

All in violation of Title 47, United States Code, Section 605(a) and (e)(4).

_____
UNITED STATES ATTORNEY