## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 26 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Amil Patel | | |

**DOCKET ENTRY TEXT**

Arraignment held.  Defendant waives Indictment.  Plea of not guilty entered.  LR 16.1 to be completed by February 1, 2008.  Defense motions are due February 8, 2008.  Government's response is due February 15, 2008.  A status hearing is set for February 21, 2008 at 1:15 p.m.  Bond set at $4,500 Own Recognizance.  Time is excluded beginning today through February 21, 2008 under 18:3161(h)(1) and the Tibboel case. (XT)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | SN |
|---|---|---|