AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ANIL PATEL

**FILED**
1-23-08
**JAN 2 3 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

WAIVER OF INDICTMENT

CASE NUMBER: 08 CR 26

I, __ANIL PATEL_____, the above named defendant, who is charged with two counts of manufacturing and selling devices used for the unauthorized decryption of satellite signals, in violation of Title 47, United States Code, Section 605(a) and (e)(4), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __January 23, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
       Judicial Officer