## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                           Case No.: 1:08−cr−00026

                                                                       Honorable Milton I. Shadur

Anil Patel

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry as to Anil Patel before Judge Milton I. Shadur :The February 28, 2008 status date is vacated. Time is excludable beginning today and forward under 18:3161(h)(1)(I) of the Speedy Trial act. Counsel is to contact this Court's minute clerk to schedule a change of plea date. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.