## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                        Case Number: 08 CR 26

U.S. V. Patel

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Anil Patel

| |
|---|
| NAME (Type or print)<br>Stuart J. Chanen |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Stuart J. Chanen |
| FIRM<br>Katten Muchin Rosenman LLP |
| STREET ADDRESS<br>525 W. Monroe |
| CITY/STATE/ZIP<br>Chicago, IL  60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6191744 | TELEPHONE  NUMBER<br>312-902-5298 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✔          APPOINTED COUNSEL ☐