# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 26 | **DATE** | 4/21/2008 |
| **CASE TITLE** | USA vs. Anil Patel | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant enters a blind plea of guilty to counts one and two. Plea accepted, judgment of guilty entered. Order presentence investigation report. Sentencing is set for July 2, 2008 at 1:!5 p.m.

Docketing to mail notices.

00:45

| | Courtroom Deputy Initials: | SN |
|---|---|---|